# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO THE     :   No. 135

                           :

PENNSYLVANIA INTEREST ON       :   DISCIPLINARY RULES DOCKET

                           :

LAWYERS TRUST ACCOUNT          :

                           :

BOARD                                    :

## O R D E R

**PER CURIAM:**

AND NOW, this 11th day of August, 2015, Irwin W. Aronson, Esquire, Dauphin County, is hereby reappointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years commencing September 1, 2015.